IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:04CR21 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| OLUWASEUN DAVID OLUYOLE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

In accordance with the Memorandum and Order entered on this date:

IT IS ORDERED:

1. Defendant's motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 34) is denied;

2. Defendant's motion for summary judgment (Filing No. 38) is denied;

3. Defendant's motion to amend his § 2255 motion (Filing No. 41) is granted;

4. Defendant's motion to expedite (Filing No. 46) is denied as moot;

5. Defendant's motion to amend brief (Filing No. 47) is denied as moot;

6. Defendant's motion to have procedural default excused (Filing No. 50) is denied as moot;

7. Defendant's motion for action regarding the § 2255 motion (Filing No. 52) is granted;

8. The Clerk is directed to mail a copy of this Judgment to the defendant at his last known address.

DATED this 7th day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE